UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Deborah L. Fabrizio | * | Civ. Action No. 06-696 CKK |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| Office of the Sergeant at Arms | * | |
| | * | |
| Defendant. | * | |

AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to: Office of the Sergeant at Arms on June 21, 2006.

3. The return receipt is stapled below.

Ellen Lescht

Sworn to before this ___ day of August 2006

Notary public

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Sergeant At Arms
U.S. Senate
Hart Senate Office Bldg.
Washington, D.C.
20510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SAA
S-151

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from s_   7001 2510 0007 7425 7765

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Deborah Fabrizio