UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Deborah L. Fabrizio | * | Civ. Action No. 06-696 CKK |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| Office of the Sergeant at Arms | * | |
| | * | |
| Defendant. | * | |

AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to: US Attorney General on June 21, 2006.

3. The return receipt is stapled below.

*Ellen Lescht*
Ellen Lescht

Sworn to before this ___ day of August 2006

_____
Notary public

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the U.S
950 Pennsylvania Ave, N.W.
Washington, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Deborah Fabrizio

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from): 7001 2510 0007 7425 7772

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540