UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH L. FABRIZIO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:06CV00696 (CKK) |
| v. ) | |
| ) | |
| **OFFICE OF THE SERGEANT AT ARMS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO RESCHEDULE
INITIAL SCHEDULING CONFERENCE**

    Defendant, Office of the Sergeant at Arms of the United States Senate ("Defendant"), by its undersigned counsel, hereby moves the Court for an order cancelling the initial scheduling conference that is set for October 11, 2006, at 10:30 a.m. and rescheduling it for a later date agreed upon by counsel for the parties in the above-captioned matter. In support of this Motion, Defendant sets forth the following:

    1.    On September 15, 2006, this Court scheduled an initial scheduling conference for October 11, 2006, at 10:30 a.m. (Docket Entry #6.)

    2.    The Office of Senate Chief Counsel for Employment, counsel for Defendant in this action, is a small office, has been and continues to be understaffed, and is involved in a number of litigation matters in various federal courts that are currently very active. (Decl. of Erica A. Watkins ("Watkins Decl.") ¶¶ 2, 3, attached hereto Tab 1.)

    3.    Lead counsel for Defendant, Erica A. Watkins, will be out-of-state for medical treatment from September 28, 2006, through at least October 28, 2006. (Watkins Decl. ¶¶ 1, 4.)

4.	Neither Defendant nor Plaintiff Deborah L. Fabrizio ("Plaintiff") have previously sought to reschedule any hearing in this case.

5.	Pursuant to Local Civil Rule 7(m), counsel for Defendant communicated with counsel for Plaintiff by telephone and e-mail on September 18, 2006, and September 20, 2006, regarding rescheduling the initial scheduling conference, and counsel for Plaintiff consented to this relief.

6.	Pursuant to the Court's September 15, 2006, Order For Initial Scheduling Conference, counsel for Defendant and counsel for Plaintiff propose that the initial scheduling conference be rescheduled to one of the following alternative dates and times:

>	Wednesday, November 22, 2006, 10:30 a.m.
>	Monday, November 27, 2006, 10:30 a.m.
>	Tuesday, November 28, 2006, 10:30 a.m.
>	Wednesday, November 29, 2006, 10:30 a.m.

WHEREFORE, for the reasons stated above, counsel for Defendant moves this Court for an order cancelling the initial scheduling conference that is set for October 11, 2006, at 10:30 a.m. and rescheduling it for a later date agreed upon by counsel for the parties.

Dated: September 20, 2006                     Respectfully Submitted,


/s/ Erica A. Watkins
Jean M. Manning
D.C. Bar No. 439942
Senate Chief Counsel for Employment

Erica A. Watkins
D.C. Bar No. 461337
Senate Senior Counsel for Employment

Office of the Senate Chief Counsel for Employment
P.O. Box 77053
Washington, D.C. 20013
Tel: (202) 224-5424
Fax: (202) 228-2557

*Attorneys for Defendant, Office of the Sergeant at Arms*