UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH L. FABRIZIO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF THE SERGEANT AT ARMS,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No.: 1:06CV00696 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ERICA A. WATKINS
IN SUPPORT OF CONSENT MOTION
TO RESCHEDULE INITIAL SCHEDULING CONFERENCE**

　　　　I, Erica A. Watkins, have personal knowledge of the following facts, and I could and would testify to them if called to do so.

　　　　1.　　I am a Senior Counsel for Employment in the Office of Senate Chief Counsel for Employment, and, as such, am lead counsel for Defendant, Office of the Sergeant at Arms of the United States Senate ("Defendant"), in the above-captioned matter.

　　　　2.　　The Office of Senate Chief Counsel for Employment is involved in a number of litigation matters in various federal courts that are currently very active.

　　　　3.　　Due to recent attorney resignations, the Office of Senate Chief Counsel for Employment, which is a small office, has been and continues to be understaffed.

　　　　4.　　I will be out-of-state to receive medical treatment from September 28, 2006, through at least October 28, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate. Executed on this 20th day of September, 2006.

Erica A. Watkins