UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH L. FABRIZIO )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF THE SERGEANT AT ARMS )<br>)<br>)<br>Defendant. )<br>)<br>_____) | Civ. Action No. 1:06cv00696 (CKK) |

### NOTICE OF APPEARANCE

Please enter the appearance of Susan L. Kruger, Esq. as counsel in this case for the Plaintiff, Deborah L. Fabrizio.

Bar No. 414566
Susan L. Kruger
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036