UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH L. FABRIZIO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00696 (CKK) |
| ) | |
| **OFFICE OF THE SERGEANT AT ARMS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF APPEARANCE

Pursuant to Rule 83.6(a) of the Local Civil Rules for the United States District Court for the District of Columbia, M. Stacey Bach, of the Office of Senate Chief Counsel for Employment, hereby enters her appearance on behalf of Defendant, Office of the Senate Sergeant at Arms, in the above-captioned action.

Dated: November 13, 2006

/s/ M. Stacey Bach
Jean M. Manning
D.C. Bar No. 439942
Senate Chief Counsel for Employment

Erica A. Watkins
D.C. Bar No. 461337
Senate Senior Counsel for Employment

M. Stacey Bach
D.C. Bar No. 474554
Senate Assistant Counsel for Employment

Office of the Senate Chief Counsel for Employment
P.O. Box 77053
Washington, D.C. 20013
Tel: (202) 224-5424
Fax: (202) 228-2557

*Attorneys for Defendant, Office of the Sergeant at Arms*