# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) |  |
| DEBORAH L. FABRIZIO | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civ. Action No. 1:06cv00696 (CKK) |
|  | ) |  |
| OFFICE OF THE SERGEANT AT ARMS | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

### DEFENDANT'S PROPOSED SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby

ORDERED as follows:

1.      No parties may be joined in this action.  Amended pleadings shall be filed within 30 days after the entry of this Order unless otherwise ordered by the Court for good cause shown.

2.      Any dispositive motions shall be filed no later than 90 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 30 days after the opposition is filed.

3.      Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are not required.

4.      Fact discovery shall close seven months (210 days) after the entry of this Order.  After the close of fact discovery, the parties may move to compel discovery that was requested, but not disclosed during the discovery period.  Each party may take ten depositions, may serve 25 interrogatories, including discrete subparts, and may serve unlimited requests for documents.  Plaintiff's deposition may last for up to 14 hours (two seven-hour days).  Defendant make seek leave of court for additional time to depose Plaintiff if necessary.

5.      Plaintiff must disclose her expert witnesses, if any, within 60 days before the close of

discovery; Defendant must disclose its expert witnesses, if any, within 60 days after the

receipt of Plaintiff's expert witness report or designation of expert, whichever is later;

and any rebuttal expert disclosures must be made 30 days thereafter.  Expert depositions,

if any, are to be conducted no later than 60 days before the pretrial conference.

6.      The pretrial conference shall be set upon completion of discovery.

7.      The trial of this case shall be set at the pretrial conference.


SO ORDERED on this ___ day of _____, 2006.


_____
Hon. Colleen Kollar-Kotelly
United States District Judge

2