UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH L. FABRIZIO, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE SERGEANT AT ARMS, <br><br> Defendant. | Civ. Action No. 1:06cv00696 (CKK) |

**PLAINTIFF'S PROPOSED SCHEDULING ORDER**

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Amended pleadings shall be filed within 30 days after the entry of this Order unless otherwise ordered by the Court for good cause shown.

2. Any dispositive motions shall be filed no later than 30 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are not required.

4. Fact discovery shall close four months after the entry of this Order. Each party may take ten depositions, may serve 25 interrogatories, including discrete subparts, and may serve unlimited requests for documents.

5. Expert disclosures shall be made within 30 days before the close of discovery.

6. The pretrial conference shall be set upon completion of discovery.

7. The trial of this case shall be set at the pretrial conference.

SO ORDERED on this ___ day of _____, 2006.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge