UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DEBORAH L. FABRIZIO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:06CV00696 (CKK) |
| | ) | |
| **OFFICE OF THE SERGEANT AT ARMS,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

Plaintiff, Deborah L. Fabrizio, and Defendant, the Office of the Senate Sergeant at Arms (collectively "the parties"), jointly stipulate that the parties are not required to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1) and Local Rule LCvR 26.2.

Respectfully submitted,


| /s/ Alan Lescht | /s/ Erica Watkins |
|---|---|
| Alan Lescht         #441691 | Jean M. Manning      #439942 |
| Susan L. Kruger     #414566 | Erica A. Watkins     #461337 |
| Alan Lescht and Assoc., P.C. | M. Stacey Bach       #474554 |
| 1050 17th Street, N.W., Suite 220 | Office of Senate Chief Counsel for Employment |
| Washington, D.C. 20036-5545 | P.O. Box 77053 |
| (202) 463-6036 | Washington, D.C. 20013 |
| | (202) 224-5424 |
| Counsel for Plaintiff | |
| | Counsel for Defendant |

Dated:  November 30, 2006