UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DEBORAH L. FABRIZIO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:06CV00696 (CKK) |
| | ) | |
| **OFFICE OF THE SERGEANT AT ARMS,** | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND
POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules for the United States District Court for the District of Columbia, Defendant, the Office of the Sergeant at Arms, hereby moves the Court for entry of the attached Stipulated Protective Order in the above-referenced action. Counsel for Plaintiff, Deborah L. Fabrizio, consents to this motion.

**POINTS AND AUTHORITIES**

Federal Rule of Civil Procedure 26(c) authorizes a court to "make any order which justice requires to protect a party or person from annoyance, embarrassment, [or] oppression . . ." upon a showing of good cause. Such orders may include that disclosure or discovery be had only on specified terms and conditions, and that parties file specified documents or information under seal. *See* Fed. R. Civ. P. 26(c)(2) and (8). The parties agree that the privacy interests of Plaintiff and other individuals who are not parties to this action may be affected by the discovery requests

served in this case.  Accordingly, Defendant respectfully requests that the Court enter the Stipulated Protective Order to address any privacy concerns raised during the discovery process.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court approve the Stipulated Protective Order submitted with this motion.

Dated:  December 6, 2006                              Respectfully submitted,

                                                                          /s/ Erica A. Watkins
Jean M. Manning
D.C. Bar No. 439942
Senate Chief Counsel for Employment

Erica A. Watkins
D.C. Bar No. 461337
Senate Senior Counsel for Employment

M. Stacey Bach
D.C. Bar No. 474554
Senate Assistant Counsel for Employment

Office of the Senate Chief Counsel for Employment
P.O. Box 77053
Washington, D.C.  20013
Tel:  (202) 224-5424
Fax:  (202) 228-2557

*Attorneys for Defendant, Office of the Sergeant at Arms*