UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH L. FABRIZIO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV00696 (CKK) |
| ) | |
| **OFFICE OF THE SERGEANT AT ARMS,** ) | Status Hearing:  September 28, 2007 |
| ) |                        9:30 a.m. |
| ) | |
| Defendant. ) | |
| ) | |

**STATUS REPORT AS TO DISCOVERY PLAN**

Plaintiff, Deborah L. Fabrizio ("Plaintiff"), and Defendant, the Office of the Senate Sergeant at Arms ("Defendant") (collectively "the parties"), jointly file this Status Report as to Discovery Plan pursuant to this Court's Scheduling and Procedures Order dated November 29, 2006 ("Scheduling Order") (Docket Entry #11) and Federal Rule of Civil Procedure 26(f). The parties jointly propose the following discovery plan:

**DISCOVERY PLAN**

1. Close of Discovery

All discovery will be completed by July 31, 2007.

2. Initial Disclosures

The parties jointly stipulated that no initial disclosures will be exchanged under Fed. R. Civ. P. 26(a)(1) and Local Rule LCvR 26.2. The parties filed the Stipulation on November 30, 2006. (Docket Entry #12.)

3.      <u>Written Discovery</u>

Each party is limited to 25 interrogatories. Plaintiff anticipates she will send her first set of written discovery requests to Defendant by January 5, 2007. Defendant anticipates it will send its first set of written discovery requests to Plaintiff by December 13, 2006.

4.      <u>Oral Depositions - Fact Witnesses</u>

Oral depositions shall be scheduled at times reasonably convenient to the parties and comport with the Federal Rules of Civil Procedure and this Court's Scheduling Order.

Plaintiff proposes depositions of the following witnesses in March and April 2007, subject to availability: Ricky Cogle, Rick Kauffman, Kim Winn, Patrick Murphy, Tammy Buckingham, Christopher Dey, and Richard Edwards. Defendant has gathered dates of availability in March and April 2007 for the above deponents and will work with Plaintiff to schedule depositions when Plaintiff suggests specific dates. Plaintiff reserves the right to schedule depositions of additional witnesses.

Defendant proposes depositions of the following witnesses: (1) Deborah Fabrizio in late February or early March 2007, subject to her availability; (2) Anthony Fabrizio (third-party witness) in April 2007, subject to his availability; and (3) Rehana Hussain, M.D. (third-party witness) in March 2007, subject to her availability. Defendant reserves the right to reschedule depositions or to schedule additional depositions as it determines necessary.

5.      <u>Protective Order</u>

The parties filed a Stipulated Protective Order governing confidential information on December 6, 2006. (Docket Entry #14.) On December 6, 2006, the Court approved the Stipulated Protective Order. (Docket Entry # 15.)

6. <u>Disclosure and Depositions of Expert Witnesses</u>

Plaintiff will disclose her list of expert witnesses and provide written expert reports on or before February 28, 2007, pursuant to Rule 26(a)(2)(B), and oral depositions shall be scheduled at times reasonably convenient to the parties, but before March 30, 2007, to allow Defendant adequate time to name its expert witnesses and provide its expert report(s) by April 30, 2007. Rebuttal experts and reports, if any, are due on or before May 31, 2007. The expert reports shall set forth the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

7. <u>Supplementation of Discovery</u>

The parties agree to supplement written discovery pursuant to Rule 26(e) and supplement any document productions prior to the discovery deadline on July 31, 2007.

Respectfully submitted,

| /s/ Susan Kruger | /s/ M. Stacey Bach |
|---|---|
| Alan Lescht        #441691 | Jean M. Manning    #439942 |
| Susan L. Kruger    #414566 | Erica A. Watkins   #461337 |
| Alan Lescht and Assoc., P.C. | M. Stacey Bach     #474554 |
| 1050 17th Street, N.W., Suite 220 | Office of Senate Chief Counsel for Employment |
| Washington, D.C. 20036-5545 | P.O. Box 77053 |
| (202) 463-6036 | Washington, D.C. 20013 |
| | (202) 224-5424 |
| Counsel for Plaintiff | |
| | Counsel for Defendant |

Dated: December 8, 2006