IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH L. FABRIZIO,**          )<br>                                                          )<br>                           **Plaintiff,**      )<br>                                                          )<br>          v.                                              )<br>                                                          )<br>**OFFICE OF THE SERGEANT AT ARMS,** )<br>                                                          )<br>                                                          )<br>                           **Defendant.**   )<br>                                                          ) | Case No.: 1:06CV00696 (CKK) |

**CONSENT MOTION FOR MEDICAL EXAMINATION**
**PURSUANT TO RULE 35**

Defendant Office of the Senate Sergeant at Arms ("Defendant") hereby moves the Court, pursuant to Federal Rule of Civil Procedure 35(a), for an Order requiring Plaintiff Deborah L. Fabrizio ("Plaintiff") to appear on April 12, 2007, at 1:00 p.m. and April 13, 2007, at 1:00 p.m. before Dr. Liza H. Gold, the medical professional designated by Defendant, and to submit to a psychological/psychiatric examination regarding Plaintiff's alleged disabilities and her alleged need for reasonable accommodation at work.

The mental condition of Plaintiff is in controversy and an examination of Plaintiff is necessary because Plaintiff has alleged that she is disabled within the meaning of the Americans With Disabilities Act, 42 U.S.C. §§ 12101 *et seq.*, as incorporated by the Congressional Accountability Act of 1995, 2 U.S.C. §§ 1301 *et seq.*, and that Defendant failed to provide her with reasonable accommodation.

Counsel for Plaintiff consents to this Motion.  A proposed order is attached.

Dated: March 27, 2007				Respectfully submitted,


						/s/ Erica A. Watkins
						Jean M. Manning
						D.C. Bar No. 439942
						Senate Chief Counsel for Employment

						Erica A. Watkins
						D.C. Bar No. 461337
						Senate Senior Counsel for Employment

						M. Stacey Bach
						D.C. Bar No. 474554
						Senate Assistant Counsel for Employment

						Office of the Senate Chief Counsel for Employment
						P.O. Box 77053
						Washington, D.C.  20013
						Tel:  (202) 224-5424
						Fax:  (202) 228-2557

						*Attorneys for Defendant, Office of the Sergeant at Arms*