IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH L. FABRIZIO,                 )<br>                                                          )<br>                      Plaintiff,       )<br>                                                          )<br>         v.                                           )<br>                                                          )<br>OFFICE OF THE SERGEANT AT ARMS, )<br>                                                          )<br>                                                          )<br>                      Defendant.    )<br>_____ ) | Case No.: 1:06CV00696 (CKK)<br><br>FILED<br><br>MAR 28 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon the consent motion of Defendant Office of the Senate Sergeant at Arms ("Defendant") and Plaintiff Deborah L. Fabrizio ("Plaintiff") for an Order requiring the psychological/psychiatric examination of Plaintiff pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, it is hereby:

**ORDERED** that Plaintiff appear at the office of Dr. Liza H. Gold, 2501 North Glebe Road, Suite 204, Arlington, VA 22207, on April 12, 2007, at 1:00 p.m. and April 13, 2007, at 1:00 p.m. for the examination of Plaintiff. The scope of the examination is to evaluate Plaintiff's alleged disabilities and Plaintiff's alleged need for reasonable accommodation at work. Dr. Gold may take whatever tests she deems necessary to examine Plaintiff; it is

**FURTHER ORDERED** that costs of the examination shall be borne by Defendant.

Such costs may be included as an item of costs in this action.

*[signature]*
Judge Colleen Kollar-Kotelly
United States District Court

March 28, 2007

Copies to:

Alan Lescht
Susan Kruger
Alan Lescht and Assoc., P.C.
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036-5545
(202) 463-6036 - phone

Counsel for Plaintiff


Jean M. Manning
Erica A. Watkins
M. Stacey Bach
Office of the Senate Chief Counsel for Employment
P.O. Box 77053
Washington, D.C. 20013
(202) 224-5424

Counsel for Defendant