UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH L. FABRIZIO,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE SERGEANT AT ARMS,<br><br>    Defendant. | Civil Action No. 06–696 (CKK) |

**ORDER**

The Court has been informed by Magistrate Judge Alan Kay that the above-captioned case shall be dismissed. Accordingly, it is, this 18th day of July, 2007, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until August 27, 2007. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

                                    /s/
                            COLLEEN KOLLAR-KOTELLY
                            United States District Judge